THE LAW OFFICES OF

# STEVEN L. KESSLER

February 3, 2022

**Via ECF**
The Honorable Leslie G. Foschio
United States Magistrate Judge
2 Niagra Square
Buffalo, N.Y. 14202

      Re:    *Carrano et al. v. ASPCA et al.*
               **21 CV 1105 WMS(F)**

Dear Magistrate Judge Foschio:

      Pursuant to Your Honor's Order, issued following a telephone conference with the parties on January 4, 2022, attached please find a signed Stipulation for the Court's review.

      Thank you.

                                 Respectfully submitted,

                                 THE LAW OFFICES OF STEVEN L. KESSLER

                         By:   *Steven L. Kessler*

Encl.
SLK:rmaf
cc: Counsel *(by ECF only)*

UNITED STATES DISTRICT COURT  
WESTERN DISTRICT OF NEW YORK  
----------------------------------------------------------x

THOMAS CARRANO and GINA CARRANO,

                Plaintiffs,

      v.                                      21-cv-1105 (WMS)(LGF)

AMERICAN SOCIETY FOR THE PREVENTION  
OF CRUELTY TO ANIMALS, THE HUMANE       STIPULATION and  
SOCIETY OF ROCHESTER AND MONROE       [PROPOSED] ORDER  
COUNTY FOR THE PREVENTION OF CRUELTY  
TO ANIMALS, INC., d/b/a LOLLYPOP FARM,  
CHAUTAUQUA COUNTY HUMANE SOCIETY,  
CRACKER BOX PALACE, INC,

                Defendants.  
----------------------------------------------------------x

      WHEREAS, on September 1, 2021, Plaintiffs Thomas Carrano and Gina Carrano ("Plaintiffs") commenced this action by filing a Summons and Verified Complaint in Supreme Court, Wayne County, New York ("the Action");

      WHEREAS, on September 14, 2021, pursuant to New York CPLR Section 308 and New York Business Corporation Law Section 307, Plaintiffs served the Summons, Verified Complaint and Notice of E-Filing upon Defendants American Society for the Prevention of Cruelty to Animals, the Humane Society of Rochester and Monroe County for the Prevention of Cruelty to Animals, Inc., d/b/a Lollypop Farm, Chautauqua County Humane Society, and Cracker Box Palace, Inc., by

delivering and leaving two copies for each Defendant with the designated agent for service and tendering the required fee at the Office of the Secretary of State, 99 Washington Avenue, Albany, New York 11210;

WHEREAS, on October 8, 2021, Defendant the American Society for the Prevention of Cruelty to Animals ("ASPCA") filed a Notice of Removal of the Action in the United States District Court for the Western District of New York;

WHEREAS, on January 4, 2022, a telephonic conference was held before the Honorable Leslie G. Foschio, Magistrate Judge, following which the Court directed the parties to provide the Court with a Stipulation of Remand within 30 days;

NOW, THEREFORE, it is STIPULATED by the Parties and hereby ORDERED, ADJUDGED and DECREED by the Court as follows:

    A.    This Action is hereby Remanded to New York State Supreme Court, Wayne County, for lack of federal jurisdiction;

    B.    The dates of all filings or actions taken by any party prior to the entry of this Order shall be preserved following Remand; and

    C.    This Action shall be Dismissed in the United States District Court for the Western District of New York without prejudice to any party to the Action with respect to any claims and

defenses previously asserted.

| | |
|---|---|
| **LAW OFFICES OF STEVEN L. KESSLER**<br><br>_____<br>Steven L. Kessler, Esq.<br>Attorneys for Plaintiffs<br>P.O. Box 100, Wykagyl Station<br>New Rochelle, New York 10804<br>KesslerLawNYC@gmail.com<br>stevenkessler@msn.com | **BARCLAY DAMON LLP**<br><br>DocuSigned by:<br>*Michael Murphy*       02/03/2022<br>_____<br>Michael J. Murphy, Esq.<br>Brienna L. Christiano, Esq<br>Attorneys for<br>American Society For The Prevention of Cruelty to Animals<br>80 State Street<br>Albany, New York 12207<br>mjmurphy@barclaydamon.com |
| **RUPP BAASE PFALZGRAF CUNNINGHAM LLC**<br><br>_____<br>Thomas P. Cunningham<br>Attorneys for Defendant Chautauqua County Humane Society<br>1600 Liberty Building<br>Buffalo, New York 14202<br>cunningham@ruppbaase.com<br>federalfiling@ruppbaase.com | **HANCOCK ESTABROOK LLP**<br><br>_____<br>John L. Murad, Jr<br>Anneliese Rae Aliasso<br>Attorneys for Defendant Cracker Box Palace<br>1800 AXA Tower I<br>100 Madison Street<br>Syracuse, New York 13202<br>jmurad@hancocklaw.com<br>aaliasso@hancocklaw.com |
| **TULLY RINCKEY LLP**<br><br>_____<br>Eugene Welch<br>Attorneys for Humane Society of Monroe County<br>441 New Karner Rd,<br>Albany, New York 12205<br>ewelch@tullylegal.com | **GOLDBERG SEGALLA**<br><br>_____<br>Molly M. Ryan<br>Attorneys for Defendant The Humane Society of Rochester and Monroe County for the Prevention of Cruelty to Animals, Inc. d/b/a Lollypop Farm<br>5786 Widewaters Parkway<br>Syracuse, New York 13214<br>mryan@goldbergsegalla.com |

Dated:   Buffalo, New York
         January _____, 2022

defenses previously asserted.

| **LAW OFFICES OF STEVEN L. KESSLER**<br><br>_____<br>Steven L. Kessler, Esq.<br>Attorneys for Plaintiffs<br>P.O. Box 100, Wykagyl Station<br>New Rochelle, New York 10804<br>KesslerLawNYC@gmail.com<br>stevenkessler@msn.com | **BARCLAY DAMON LLP**<br><br>_____<br>Michael J. Murphy, Esq.<br>Brienna L. Christiano, Esq<br>Attorneys for<br>American Society For The Prevention of Cruelty to Animals<br>80 State Street<br>Albany, New York 12207<br>mjmurphy@barclaydamon.com |
|---|---|
| **RUPP BAASE PFALZGRAF CUNNINGHAM LLC**<br><br>_____<br>Thomas P. Cunningham<br>Attorneys for Defendant Chautauqua County Humane Society<br>1600 Liberty Building<br>Buffalo, New York 14202<br>cunningham@ruppbaase.com<br>federalfiling@ruppbaase.com | **HANCOCK ESTABROOK LLP**<br><br>_____<br>John L. Murad, Jr<br>Anneliese Rae Aliasso<br>Attorneys for Defendant Cracker Box Palace<br>1800 AXA Tower I<br>100 Madison Street<br>Syracuse, New York 13202<br>jmurad@hancocklaw.com<br>aaliasso@hancocklaw.com |
| **TULLY RINCKEY LLP**<br><br>_____<br>Eugene Welch<br>Attorneys for Humane Society of Monroe County<br>441 New Karner Rd,<br>Albany, New York 12205<br>ewelch@tullylegal.com | **GOLDBERG SEGALLA LLP**<br><br>___/s/ Molly M. Ryan_____<br>Molly M. Ryan<br>Attorneys for Defendant The Humane Society of Rochester and Monroe County for the Prevention of Cruelty to Animals, Inc. d/b/a Lollypop Farm<br>5786 Widewaters Parkway<br>Syracuse, New York 13214<br>mryan@goldbergsegalla.com |

Dated:     Buffalo, New York
           January _____, 2022

**Error! Unknown document property name.**

defenses previously asserted.

| **LAW OFFICES OF STEVEN L. KESSLER**<br><br>_____<br>Steven L. Kessler, Esq.<br>Attorneys for Plaintiffs<br>P.O. Box 100, Wykagyl Station<br>New Rochelle, New York 10804<br>KesslerLawNYC@gmail.com<br>stevenkessler@msn.com | **BARCLAY DAMON LLP**<br><br>_____<br>Michael J. Murphy, Esq.<br>Brienna L. Christiano, Esq<br>Attorneys for<br>American Society For The Prevention of Cruelty to Animals<br>80 State Street<br>Albany, New York 12207<br>mjmurphy@barclaydamon.com |
|---|---|
| **RUPP BAASE PFALZGRAF CUNNINGHAM LLC**<br><br>_____s/Thomas P. Cunningham_____<br>Thomas P. Cunningham<br>Attorneys for Defendant Chautauqua County Humane Society<br>1600 Liberty Building<br>Buffalo, New York 14202<br>cunningham@ruppbaase.com<br>federalfiling@ruppbaase.com | **HANCOCK ESTABROOK LLP**<br><br>_____<br>John L. Murad, Jr<br>Anneliese Rae Aliasso<br>Attorneys for Defendant Cracker Box Palace<br>1800 AXA Tower I<br>100 Madison Street<br>Syracuse, New York 13202<br>jmurad@hancocklaw.com<br>aaliasso@hancocklaw.com |
| **TULLY RINCKEY LLP**<br><br>_____<br>Eugene Welch<br>Attorneys for Humane Society of Monroe County<br>441 New Karner Rd,<br>Albany, New York 12205<br>ewelch@tullylegal.com | **GOLDBERG SEGALLA**<br><br>_____<br>Molly M. Ryan<br>Attorneys for Humane Society of Monroe County<br>8 Southwoods Blvd,<br>Albany, New York 12211<br>mryan@goldbergsegalla.com |

Dated:    Buffalo, New York
         January _____, 2022

defenses previously asserted.

| **LAW OFFICES OF STEVEN L. KESSLER**<br><br>_____<br>Steven L. Kessler, Esq.<br>Attorneys for Plaintiffs<br>P.O. Box 100, Wykagyl Station<br>New Rochelle, New York 10804<br>KesslerLawNYC@gmail.com<br>stevenkessler@msn.com | **BARCLAY DAMON LLP**<br><br>_____<br>Michael J. Murphy, Esq.<br>Brienna L. Christiano, Esq<br>Attorneys for<br>American Society For The Prevention of Cruelty to Animals<br>80 State Street<br>Albany, New York 12207<br>mjmurphy@barclaydamon.com |
|---|---|
| **RUPP BAASE PFALZGRAF CUNNINGHAM LLC**<br><br>_____<br>Thomas P. Cunningham<br>Attorneys for Defendant Chautauqua County Humane Society<br>1600 Liberty Building<br>Buffalo, New York 14202<br>cunningham@ruppbaase.com<br>federalfiling@ruppbaase.com | **HANCOCK ESTABROOK LLP**<br><br>_____<br>John L. Murad, Jr<br>Anneliese Rae Aliasso<br>Attorneys for Defendant Cracker Box Palace<br>1800 AXA Tower I<br>100 Madison Street<br>Syracuse, New York 13202<br>jmurad@hancocklaw.com<br>aaliasso@hancocklaw.com |
| **TULLY RINCKEY LLP**<br><br>s/ Eugene Welch<br>_____<br>Eugene Welch<br>Attorneys for Humane Society of Monroe County<br>441 New Karner Rd,<br>Albany, New York 12205<br>ewelch@tullylegal.com | **GOLDBERG SEGALLA**<br><br>_____<br>Molly M. Ryan<br>Attorneys for Humane Society of Monroe County<br>8 Southwoods Blvd,<br>Albany, New York 12211<br>mryan@goldbergsegalla.com |

Dated:    Buffalo, New York
         January _____, 2022

3

C. This Action shall be Dismissed in the United States District Court for the Western District of New York without prejudice to any party to the Action with respect to any claims and defenses previously asserted.

| **LAW OFFICES OF STEVEN L. KESSLER** | **BARCLAY DAMON LLP** |
|---|---|
| Steven L. Kessler, Esq.<br>Attorneys for Plaintiffs<br>P.O. Box 100, Wykagyl Station<br>New Rochelle, New York 10804<br>KesslerLawNYC@gmail.com<br>stevenkessler@msn.com | Michael J. Murphy, Esq.<br>Brienna L. Christiano, Esq<br>Attorneys for<br>American Society For The Prevention of Cruelty to Animals<br>80 State Street<br>Albany, New York 12207<br>mjmurphy@barclaydamon.com |
| **RUPP BAASE PFALZGRAF CUNNINGHAM LLC** | **HANCOCK ESTABROOK LLP** *(signed)* |
| Thomas P. Cunningham<br>Attorneys for Defendant Chautauqua County Humane Society<br>1600 Liberty Building<br>Buffalo, New York 14202<br>cunningham@ruppbaase.com<br>federalfiling@ruppbaase.com | John L. Murad, Jr<br>Anneliese Rae Aliasso<br>Attorneys for Defendant Cracker Box Palace<br>1800 AXA Tower I<br>100 Madison Street<br>Syracuse, New York 13202<br>jmurad@hancocklaw.com<br>aaliasso@hancocklaw.com |
| **TULLY RINCKEY LLP** | **GOLDBERG SEGALLA** |
| Eugene Welch<br>Attorneys for Humane Society of Monroe County<br>441 New Karner Rd,<br>Albany, New York 12205<br>ewelch@tullylegal.com | Molly M. Ryan<br>Attorneys for Humane Society of Monroe County<br>8 Southwoods Blvd,<br>Albany, New York 12211<br>mryan@goldbergsegalla.com |

Dated: Buffalo, New York

January _____, 2022

SO ORDERED

_____

Hon. William M. Skretny
U.S.D.J.

SO ORDERED

_____
Hon. William M. Skretny
U.S.D.J.